**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLINMICRO IMMUNOLOGY CENTER, LLC, | CIVIL ACTION NO. 3:11-02213 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| PRIMEMED, P.C., and JOAN SALIJKO, | |
| Defendants. | |

## ORDER

**NOW**, this 23rd day of July, 2012, **IT IS HEREBY ORDERED** that Defendants PrimeMed, P.C., and Joan Salijko's Motion to Dismiss ClinMicro Immunology Center, LLC's Complaint (Doc. 10) is **GRANTED in part and DENIED in part**.

(1) Defendants' motion to dismiss the fraudulent inducement claim, Count V, and the duty of good faith and fair dealing claim, Count XII, is **GRANTED**. Counts V and XII are dismissed with prejudice.

(2) Defendants' motion to dismiss the tortious interference with contracts claims, Counts VI and VII, is **GRANTED**. The tortious interference with contracts claims are dismissed. Plaintiff has **twenty-one (21) days** from the date of entry of this Order to amend its complaint to properly plead its tortious interference with contract claims; otherwise, the claims will be dismissed with prejudice.

(3) Defendants' motion to dismiss Plaintiff's claims for breach of the Laboratory Services Agreement, Count II, conversion, Count VIII, accounting, Count IX, and civil conspiracy, Count X, is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge