**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLINMICRO IMMUNOLOGY CENTER, LLC, | CIVIL ACTION NO. 3:CV-11-02213 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| PRIMEMED, P.C., and JOAN SALIJKO, | |
| Defendants. | |

## ORDER

**NOW**, this 14th day of December, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants PrimeMed and Joan Salijko's Motion to Dismiss Plaintiff ClinMicro Immunology Center's First Amended Complaint (Doc. 30) is **DENIED**.

(2) Defendants shall file an answer to the First Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge