## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLINMICRO IMMUNOLOGY CENTER, LLC,

     Plaintiff,

     v.

PRIMEMED, P.C. and JOAN SALIJKO,

     Defendants.

------------------------------------------------------------

PRIMEMED, P.C.,

     Counterclaim and Additional-Party Plaintiff,

     v.

CLINMICRO IMMUNOLOGY CENTER, LLC and HASAN NAMDARI,

     Counterclaim and Additional-Party Defendants.

CIVIL ACTION NO. 3:CV-11-2213

(JUDGE CAPUTO)

## ORDER

**NOW**, this ___29th___ day of ___July___, 2016, upon review of the Report and Recommendation of Magistrate Judge Martin Carlson (Doc. 136) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report & Recommendation (Doc. 136) is **ADOPTED in its entirety**;

(2)     Defendants' motions for partial summary judgment (Docs. 113, 116, and 118) on aspects of Count I and the entirety of Counts III, IV, VI, VII, IX, X, and XI of Plaintiffs' amended complaint (Doc. 27) is **GRANTED**[1];

(3)     The partial motion for summary judgment as to liability (Doc. 112) filed by

---

[1]

    Count V of the complaint was dismissed by order dated July 23, 2012. (Doc. 26; *see also* Doc. 27, ¶ 62.) Count II of the amended complaint was dismissed by order dated April 15, 2014. (Doc. 100)

counterclaim plaintiff PrimeMed is **DENIED**;

(4)     The remaining claims and counterclaims are listed for trial on this court's **November 2016** trial term.

A. Richard Caputo
United States District Judge