**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLINMICRO IMMUNOLOGY CENTER, LLC, | CIVIL ACTION NO.3:11-CV-2213 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| PRIMEMED, P.C., and JOAN SALIJKO, | |
| Defendants. | |

## ORDER

**NOW**, this 20th day of September, 2016, **IT IS HEREBY ORDERED** that:

(1)   Plaintiff's remaining state law claims are **DISMISSED without prejudice**.

(2)   Defendants' remaining state law counterclaims are **DISMISSED without prejudice**.

(3)   The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge